No. 11–9350.  MILTON v. OHIO.  Ct. App. Ohio, Summit County. Certiorari denied.

No. 11–9378.  DUMA v. FANNIE MAE ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 11–9413.  SCOTT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–9424.  COLEMAN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 11–9427.  SCHOLZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–9434.  LEOPARD v. OHIO.  Ct. App. Ohio, Clark County. Certiorari denied.

No. 11–9436.  HOLT v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–9440.  IBANEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–9441.  SLAUGHTER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–9444.  GOOCH v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 11–9445.  FENDERSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 11–9450.  HERNANDEZ-LUNA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–9454.  HARTSFIELD v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–9455.  LOPEZ-GARCIA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–9457.  DALZELL v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–9460.  PICHARDO-SANCHEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.